196 So. 147
**AMERICAN WORKMEN v. Sallie HARRIS.**

6 Div. 673.

Supreme Court of Alabama.

May 9, 1940.

Lange, Simpson, Brantley & Robinson, of Birmingham, for petitioner.

Nina Miglionico, of Birmingham, opposed.

BOULDIN, Justice.

Petition of the American Workmen for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of American Workmen v. Harris, 196 So. 145.

Writ denied.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.